## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

STELLA ASHCRAFT,

     Plaintiff,

v.

                    Cause No.

UNITED STATES OF AMERICA

     Defendant.

## COMPLAINT

COMES NOW Plaintiff Stella Ashcraft by and through counsel and for this claim against Defendant, United States of America through its agency the United States Postal Service, states as follows:

### Jurisdiction and Venue

1.     This action is brought pursuant to the Federal Tort Claim Act, 28 U.S.C. §1346(b), and §§2671-2680.

2.     Jurisdiction is proper under 28 U.S.C. § 1346(b)(1) because this action seeks money damages for personal injury caused by the negligent acts or omissions of employees of the United States acting within the scope of their employment.

3.     Venue is proper in the Eastern District of Missouri under 28 U.S.C. § 1402(b) because the acts and omissions giving rise to this claim occurred within this District.

–1–

## Administrative Exhaustion

4. Prior to the filing of this lawsuit, Plaintiff timely presented an administrative tort claim to the United States Postal Service pursuant to 28 U.S.C. § 2675(a).

5. Plaintiff submitted said claim on or about February 8, 2024, seeking a sum certain for injuries sustained as a result of Defendant's negligence.

6. The United States Postal Service denied the claim on December 1, 2025, thereby permitting Plaintiff to deem the claim denied.

7. All conditions precedent to filing this action have been satisfied.

## Parties

8. Plaintiff Stella Ashcraft is a resident of the State of Missouri.

9. At all relevant times, Defendant United States of America, through its agency the United States Postal Service, owned, operated or maintained, or controlled the post office and sidewalk located at 7450 Natural Bridge, in the City of St. Louis, State of Missouri.

## Factual Allegations

10. On or about February 26, 2023, Plaintiff was on Defendant's premises located at: 7450 Natural Bridge, in the City of St. Louis, State of Missouri, as a invitee or customer, to conduct postal business.

11. As Plaintiff approached the entrance of the post office, Plaintiff walked on a sidewalk immediately adjacent and leading into the post office entrance.

12. At that time and location, the sidewalk was covered with ice and/or compacted frozen precipitation, creating a dangerous and hazardous condition.

13. Defendant knew or by using ordinary care could have known of this

condition.

14. While exercising ordinary care for her own safety, Plaintiff slipped and fell on the icy sidewalk, sustaining serious injuries.

15. The icy condition was not readily observable to Plaintiff and was not marked by cones, warning signs, or barriers.

16. The sidewalk did not have any de-icer or salt.

17. As a result, the sidewalk was not reasonably safe for use.

### Negligence of Defendant

18. Defendant owed Plaintiff a duty to exercise reasonable care to maintain the premises in a reasonably safe condition.

19. Defendant breached this duty by, including but not limited to:

   a. Failing to timely remove ice from the sidewalk;

   b. Failing to salt, sand, or otherwise treat the sidewalk;

   c. Allowing ice to accumulate and remain for an unreasonable period of time;

   d. Failing to inspect the sidewalk despite winter weather conditions;

   e. Failing to warn invitees of the dangerous condition.

20. Defendant knew, or by using ordinary care, should have known of the icy condition and the unreasonable risk of harm it posed to customers.

21. Such negligence of Defendant, in one or more of the respects submitted above, directly caused or directly contributed to cause Plaintiff Stella Ashcraft to sustain injuries to Plaintiffs neck, back and right shoulder; medical and other health care related expenses have been incurred in connection with said injuries and Plaintiff will in the future incur additional monies for further medical care and services; all of the aforesaid injuries are permanent and progressive and greatly interfere

with Plaintiff's ability to do their work and duties and engage in their employment and to enjoy life; Plaintiff has and will continue to suffer pain and discomfort.

WHEREFORE, Plaintiff Stella Ashcraft prays judgment against Defendant in such amount of money damages that are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, prejudgment interest in accordance with law, costs expended herein and for such other relief as may be appropriate under the circumstances.

Respectfully submitted,

LABOVITZ LAW FIRM

*/s/ Brent E. Labovitz*
BRENT E. LABOVITZ #61468MO
1034 S. Brentwood Blvd., Suite PH2B
St. Louis, MO 63117
(314) 726-1300 Telephone
(314) 627-4522 Facsimile
brent@bellawfirm.com
Attorney for Plaintiff